IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY RYNHARD,<br><br>         Petitioner,<br><br>    v.<br><br>M. S. EVANS, Warden, et al.,<br><br>         Respondents.      / | No. C 08-05614 CW (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE |

   Petitioner, a state prisoner, filed a _pro se_ petition for a writ of habeas corpus.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse.  Respondent has filed an answer.  Petitioner now moves for an extension of time to file a traverse.  Good cause appearing, the request is GRANTED.  Petitioner's traverse is due <u>30 days from the date of this order</u>.  If no traverse is received on that date, the matter will be deemed submitted and ready for decision.

   IT IS SO ORDERED.

Dated: 12/30/09

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

<div style="writing-mode: vertical">**United States District Court** / For the Northern District of California</div>

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY RYNHARD,

        Plaintiff,

  v.

M.S. EVANS et al,

        Defendant.

Case Number: CV08-05614 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffery A. Rynhard F-20916
C2, 236-L
California State Prison
Los Angeles County
P.O. Box 4610
Lancaster, CA 93539

Dated: December 30, 2009

                                  Richard W. Wieking, Clerk
                                  By: Sheilah Cahill, Deputy Clerk

2