IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY RYNHARD,<br><br>          Petitioner,<br><br>     v.<br><br>M. S. EVANS, Warden, et al.,<br><br>          Respondents.         / | No. C 08-05614 CW (PR)<br><br>ORDER GRANTING THIRD REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE |

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse.  Respondent has filed an answer.  Petitioner now moves for a third extension of time to file a traverse.  Good cause appearing, the request is GRANTED.  Petitioner's traverse is due sixty(60) days from the date this order is signed.  If no traverse is received on that date, the matter will be deemed submitted and ready for decision.

    IT IS SO ORDERED.

Dated: 5/10/10

*Claudia Wilken* (signature)
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY RYNHARD,

        Plaintiff,

  v.

M.S. EVANS et al,

        Defendant.

Case Number: CV08-05614 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeffery A. Rynhard F-20916
C2, 236-L
California State Prison
Los Angeles County
P.O. Box 4610
Lancaster, CA 93539

Dated: May 10, 2010

                              Richard W. Wieking, Clerk
                              By: Nikki Riley, Deputy Clerk

2