United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFFREY RYNHARD,

      Petitioner,

  v.

M. S. EVANS, Warden, et al.,

      Respondents.

                /

No. C 08-05614 CW (PR)

ORDER GRANTING FOURTH REQUEST
FOR EXTENSION OF TIME FOR
PETITIONER TO FILE TRAVERSE

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus.  The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse.  Respondent has filed an answer.  Petitioner now moves for a fourth extension of time to file a traverse.  Good cause appearing, the request is GRANTED.  Petitioner's traverse is due on thirty (30) days from the date of this order.  If no traverse is received on that date, the matter will be deemed submitted and ready for decision.

    No further extensions of time will be granted absent emergency circumstances.

    IT IS SO ORDERED.

Dated: 7/28/2010

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

1

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

2

3

4    JEFFREY RYNHARD,                          Case Number: CV08-05614 CW

Plaintiff,

5                                              **CERTIFICATE OF SERVICE**

v.

6

7    M.S. EVANS et al,

Defendant.

8                                          /

9

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10   Court, Northern District of California.

11   That on July 28, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
12   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
receptacle located in the Clerk's office.

13

14

15   Jeffery A. Rynhard F-20916
C2, 236-L
16   California State Prison
Los Angeles County
17   P.O. Box 4610
Lancaster,  CA 93539

18

Dated: July 28, 2010
19                                          Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk

20

21

22

23

24

25

26

27

28

2